**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

                     Petitioners,

-against-

ALTECO CORP.,

                     Respondent.
------------------------------------------------------------------X

23 **CIVIL** 9998 (MKV)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 13, 2026, the petition to confirm the arbitration award is GRANTED. The Court awards judgment in Petitioners' favor in the amount of: (i) $2,343,972.64; (ii) an additional $1,971 in attorneys' fees and costs related to this action; and (iii) post-judgment interest at the statutory rate accruing from the date of judgment until Respondent has paid the full Award; accordingly, the case is closed.

**Dated**: New York, New York
      January 15, 2026

TAMMI M. HELLWIG
_____
Clerk of Court

BY: _____
Deputy Clerk